# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CEDRIC GREENE and**
**VALERIE STEPHEN**                                                    **PLAINTIFFS**

**v.**                                    **No. 3:26-cv-15-DPM**

**WEINGART CARE FIRST VILLAGE**                        **DEFENDANT**

## ORDER

The application to proceed *in forma pauperis*, *Doc. 1*, is granted as to Greene.  He reports no savings and little income.  Stephen, however, didn't sign the application.  No supplemental motion from her is necessary.  Neither presence with Greene on the trip, nor her status as a potential witness creates standing for her to pursue a claim about Greene's dispute with Weingart Care First Village.  *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992).

This Court isn't the proper venue for plaintiff's case.  28 U.S.C. § 1391(b).  And the interests of justice do not demand transfer because a federal court lacks jurisdiction to handle it.  28 U.S.C. § 1406(a);  *Gray v. City of Valley Park, Missouri*, 567 F.3d 976, 982 (8th Cir. 2009).  Greene hasn't raised any question of federal law. And the parties are both Californians.  *Doc. 2 at 1-3*.  Greene's birth in Arkansas doesn't create permanent citizenship.  *Hargett v. RevClaims, LLC*, 854 F.3d 962, 965 (8th Cir. 2017).  Plus, Greene is under a filing

-2-

restriction in the proper venue;  transfer would be an end-run around that restriction.  *Doc. 15*;  *Greene v. Men's Central Jail et al.*, Case No. 2:11-cv-2359-UA-SS (C.D. Cal. 10 May 2011).  The Court will therefore dismiss the complaint without prejudice.  Motions, *Doc. 3 & 4*, denied as moot.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

14 April 2026