## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CEDRIC GREENE and**
**VALERIE STEPHEN**                                        **PLAINTIFFS**

**v.**                          **No. 3:26-cv-15-DPM**

**WEINGART CARE FIRST VILLAGE**                **DEFENDANT**

### JUDGMENT

The plaintiffs' complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

14 April 2026