# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CEDRIC GREENE and**
**VALERIE STEPHEN**                                                    **PLAINTIFFS**

**v.**                              **No. 3:26-cv-15-DPM**

**WEINGART CARE FIRST VILLAGE**                      **DEFENDANT**

## ORDER

Greene asks the Court to accept transfer of a case bringing claims that this Court has already dismissed. *Doc. 5.* His request, *Doc. 11*, is denied. Motion, *Doc. 10*, denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_27 April 2026_